**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

Andrae D'Acquisto,

    Plaintiff,

v.                                                                           Case No. 26-cv-328

Hunting Beast Gear LLC,
HBTEK Inc.

    Defendants.

## COMPLAINT

Plaintiff Andrae D'Acquisto ("Plaintiff" or "D'Acquisto"), by his attorneys Ryan, Kromholz & Manion, S.C., and Daniel R. Johnson, hereby complains against Defendants Hunting Beast Gear LLC, and HBTEK Inc. as follows:

## NATURE OF THE ACTION

1.    This is a patent infringement case involving treestands used for hunting.  Hunting Beast Gear LLC, and HBTEK Inc. infringe D'Acquisto's U.S. Patent No 12,063,925 ("the '925 patent," attached as Exhibit A, Fig. 6, '925 patent pictured below) by manufacture, sales, and offers to sell of "The Drifter" and "The Fringe" treestand models, also pictured below:

  

*Fig. 6, '925 Patent*    *"The Fringe" Treestand*    *"The Drifter" Treestand*

**PARTIES, JURISDICTION AND VENUE**

2.    D'Acquisto is an individual residing at 30424 167th Street, Bellevue, IA, 52031.

3.    Hunting Beast Gear is a Wisconsin domestic limited liability company located at N70W23747 Oakcrest Rd, Sussex, WI 53089.

4.    HBTEK is a Wisconsin domestic business with a principal office at PO Box 139, Lannon, WI 53046-0139.

5.    The Court has personal jurisdiction over Hunting Beast Gear and HBTEK because they both regularly transact business and/or derive significant revenues from the manufacture and sale of products within the State of Wisconsin, have a regular and established place of business in the State of Wisconsin, and have committed acts of patent infringement giving rise to this action within the State of Wisconsin.

6.    This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

7.    This Court has original jurisdiction over this action under 28 U.S.C. § 1338(a) because this action arises under the patent laws of the United States, including 35 U.S.C. § 271.

8.    Venue in this action is proper in this district pursuant to 28 U.S.C. § 1391 because Defendants both have principal offices in Wisconsin; and, pursuant to 28 U.S.C. § 1391(d) Hunting Beast Gear and HBTEK "reside" in both the Eastern and Western Districts of Wisconsin due to sufficient contacts within each district to subject each defendant to personal jurisdiction in either district.

**FACTUAL BACKGROUND**

9.    D'Acquisto is a pioneer of archery hunting, particularly known for innovating high quality treestands, climbing sticks, and hunting gear associated with archery hunting.

2

10.    A treestand is typically used by hunters as a platform that is mounted to a tree and upon which the hunter may stand or sit while hunting, and treestands are commonly for deer hunting.

11.    In 1984, D'Acquisto began selling Lone Wolf® branded treestands. Throughout the years that followed, treestands designed by D'Acquisto built up a significant and valuable reputation for innovative treestand design.  The invention and use of D'Acquisto's treestands set a new benchmark for the treestand industry in terms of changing archery hunting styles from semi-permanent stands to a mobile style of hunting using lightweight, quiet and portable treestands.

12.    D'Acquisto continued innovating treestands, including inventions that resulted in the '925 patent, which issued on August 20, 2024.

13.    The '925 patent is owned by D'Acquisto.

14.    Hunting Beast Gear and HBTEK are engaged in the business of manufacturing, marketing and selling, inter alia, treestands used for hunting, including "The Fringe" and "The Drifter" treestand models.

### The Fringe Treestand

15.    The Fringe treestand model has a seat where pictured below:



*Seat*

*Source:  https://www.huntingbeastgear.com/cdn/shop/files/RIGHTSIDEANGLEVIEW-TheFringe_2000x.png, last visited April 13, 2026*

3

16. The Fringe treestand model has a platform where pictured below:



*Platform*

*Source: https://www.huntingbeastgear.com/cdn/shop/files/RIGHTSIDEANGLEVIEW-TheFringe_2000x.png, last visited April 13, 2026*

17.     The Fringe treestand model has a center support structure connecting the seat to the platform where pictured below:



*Center Support Structure*

*Source: https://www.huntingbeastgear.com/cdn/shop/files/RIGHTSIDEANGLEVIEW-TheFringe_2000x.png, last visited April 13, 2026*

18.     The seat of The Fringe treestand model has one or more male protrusions where pictured below:



*Source:*
*https://www.huntingbeastgear.com/cdn/shop/files/The_Fringe_Stand_Details-2-*
*Seat_Features_2000x.png?v=1773019033, last visited April 13, 2026*

19. The platform of The Fringe treestand model has one or more attachment ports configured to receive one or more male protrusions of the seat where pictured below:



*Source:*
*https://www.huntingbeastgear.com/cdn/shop/files/PLATFORMONLYVIEW-*
*TheFringe_2000x.png?v=1773016882, last visited April 13, 2026*

20.    When The Fringe treestand model is folded up for transport, the one or more male protrusions of the seat member interlock with the one or more attachment ports of the platform where pictured below:



*Attachment ports of the platform receiving male protrusions of the seat member*

21.    When The Fringe treestand model is folded up for transport, the seat member is locked in a rigid shelf structure that is substantially perpendicular to the platform as pictured below:



22.    Mario Trafficante, of Hunting Beast Gear LLC, and HBTEK Inc., said in advertising The Fringe treestand that "[t]he last feature we added is that the seat does fold down and create a shelf.  So you can put your pack on there and your jacket or all your extra gear and carry it in that orientation."  <https://youtu.be/p1ug2oUWJsU?t=491 - https://youtu.be/p1ug2oUWJsU?t=506>

23.    The platform of The Fringe treestand model is of uniform, one-piece rigid construction having an open grate-like configuration as pictured below:



*One-piece rigid construction having an open grate-like configuration*

*Source: https://www.huntingbeastgear.com/cdn/shop/files/PLATFORMONLYVIEW-TheFringe_2000x.png?v=1773016882, last visited April 13, 2026*

24.     The Fringe treestand model has one-piece platform that is fabricated from solid aluminum and/or aluminum alloy stock; namely, 6061 T6 aluminum.

25.     Upon information and belief, The Fringe treestand model is made by a waterjet process.

26.     The center support structure of The Fringe treestand model is solid and is fabricated from solid aluminum stock, upon information and belief by a waterjet process.

27.     The platform member of The Fringe treestand model has receiving ports to allow for the convenient attachment of climbing sticks thereto, notated by Hunting Beast Gear LLC, and HBTEK Inc. as "Stick Rod Attachment Point" and/or "Stick Button Anchor Point" as pictured below:



*Source:*
*https://www.huntingbeastgear.com/cdn/shop/files/The_Fringe_Stand_Details-5-*
*Platform_Attachment_Points_400x.png?v=1773019033, last visited April 13,*
*2026*

## The Drifter Treestand

28.    The Drifter treestand model has a seat where pictured below:



*Seat*

*Source:  https://www.huntingbeastgear.com/collections/treestands/products/the-drifter-hang-on#&gid=1&pid=1, last visited April 13, 2026*

29.    The Drifter treestand model has a platform where pictured below:



*Source:  https://www.huntingbeastgear.com/collections/treestands/products/the-drifter-hang-on#&gid=1&pid=1, last visited April 13, 2026*

30.    The Drifter treestand model has a center support structure connecting the seat to the platform where pictured below:



*Source:  https://www.huntingbeastgear.com/collections/treestands/products/the-drifter-hang-on#&gid=1&pid=1, last visited April 13, 2026*

31.    The seat of The Drifter treestand model has one or more male protrusions where pictured below:



*Male Protrusions*

*Source:*
*https://www.huntingbeastgear.com/cdn/shop/files/The_Drifter_Stand_Details-2-*
*Seat_Features_1500x.png?v=1773280129, last visited April 13, 2026*

32.     The platform of The Drifter treestand model has one or more attachment ports

configured to receive one or more male protrusions of the seat where pictured below:



*Attachment Ports*

*Source:*
*https://www.huntingbeastgear.com/cdn/shop/files/PLATFORMONLYTOPVIEW-*
*TheDrifter_2000x.png?v=1773280245, last visited April 13, 2026*

33.    When The Drifter treestand model is folded up for transport, the one or more male protrusions of the seat member interlock with the one or more attachment ports of the platform where pictured below:



*Attachment ports of the platform receiving male protrusions of the seat member*

Source:  *https://www.youtube.com/watch?v=MX3ooC1zKKA*

34.    When The Drifter treestand model is folded up for transport, the seat member is locked in a rigid shelf structure that is substantially perpendicular to the platform as pictured below:



*platform*

*seat member*

Source:  *https://www.youtube.com/watch?v=MX3ooC1zKKA*

12

35.     Mario Trafficante, of Hunting Beast Gear LLC, and HBTEK Inc., said in advertising The Drifter treestand that "[j]ust as I mentioned on The Fringe, the seat post is able to fold down. The seat locks in creating a shelf where you can attach your pack. You can put your jacket, any of your other accessories that you want to carry in with you." <https://youtu.be/MX3ooC1zKKA?t=346 - https://youtu.be/MX3ooC1zKKA?t=361>

36.     The platform of The Drifter treestand model is of uniform, one-piece rigid construction having an open grate-like configuration as pictured below:



*Source: https://www.huntingbeastgear.com/cdn/shop/files/PLATFORMONLYTOPVIEW-TheDrifter_2000x.png?v=1773280245, last visited April 13, 2026*

37.     The Drifter treestand model has one-piece platform that is fabricated from solid aluminum and/or aluminum alloy stock; namely, 6061 T6 aluminum.

38.     Upon information and belief, The Drifter treestand model is made by a waterjet process.

39.     The center support structure of The Drifter treestand model is solid and is fabricated from solid aluminum stock, upon information and belief by a waterjet process.

40.    The platform member of The Drifter treestand model has receiving ports to allow for the convenient attachment of climbing sticks thereto, notated by Hunting Beast Gear LLC, and HBTEK Inc. as "Stick Rod Attachment Point" and/or "Stick Button Anchor Point" as pictured below:



*Source:*
*https://www.huntingbeastgear.com/cdn/shop/files/The_Drifter_Stand_Details-5-*
*Platform_Attachment_Points_400x.png?v=1773280129, last visited April 13, 2026*

### FIRST CAUSE OF ACTION

**(Patent Infringement – The Fringe Model)**

41.    D'Acquisto incorporates herein by reference each allegation in the preceding paragraphs.

42.    Pursuant to 35 U.S.C. § 271, without authority from D'Acquisto, Hunting Beast Gear and HBTEK make, offer to sell, and sell The Fringe model tree stand, and therefore infringe D'Acquisto's rights under the '925 patent, including infringement of claims 1, 2, 3, 5 and 6 of the '925 patent.

### SECOND CAUSE OF ACTION

14

**(Patent Infringement – The Drifter Model)**

43.     D'Acquisto incorporates herein by reference each allegation in the preceding paragraphs.

44.     Pursuant to 35 U.S.C. § 271, without authority from D'Acquisto, Hunting Beast Gear and HBTEK make, offer to sell, and sell The Drifter model tree stand, and therefore infringe D'Acquisto's rights under the '925 patent, including infringement of claims 1, 2, 3, 5 and 6 of the '925 patent.

## PRAYER FOR RELIEF

WHEREFORE, in consideration of the foregoing, Plaintiff respectfully requests that this Court enter an Order granting the following relief:

A.     For a decree adjudging that U.S. Patent No. 12,063,925 has been infringed by Hunting Beast Gear and HBTEK and that D'Acquisto has been damaged by said infringement.

B.     For an injunction permanently enjoining Hunting Beast Gear and HBTEK, their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them who receive actual notice of the decree of this Court by personal service or otherwise, from directly or indirectly infringing the claims of U.S. Patent No. 12,063,925.

C.     For an accounting and damages against Hunting Beast Gear and HBTEK, jointly and severally, according to proof at the time of trial, for all damages suffered by Plaintiff by reason of the infringement by Hunting Beast Gear and HBTEK of U.S. Patent No. 12,063,925 in an amount not less than a reasonable royalty, together with interest and costs, trebled, pursuant to 35 U.S.C. § 284.

D. For damages in an amount equal to three times the amount of damages found or assessed to compensate Plaintiff for any act of infringement by Hunting Beast Gear and HBTEK that is determined to be a willful, deliberate and intentional act, pursuant to 35 U.S.C. § 284.

E. For reasonable attorney fees, pursuant to 35 U.S.C. § 284, should the Court find this to be an exceptional case.

F. That Plaintiff has such other and further relief as the circumstances of the case may require or as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Fed.R.Civ.P. 38, Plaintiff hereby demands a jury trial on all issues triable by jury.

Dated this 14th day of April 2026.

RYAN KROMHOLZ & MANION, S.C.



_____

Daniel R. Johnson (WI Bar No. 1033981)
RYAN KROMHOLZ & MANION, S.C.
P.O. Box 26618
Milwaukee, Wisconsin 53226-0618
Telephone:  (262) 783-1300
Facsimile:  (262) 783-1211
djohnson@rkmiplaw.com